# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 05/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

1 Church Street
Montgomery, AL 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | UBS Financial Services Inc. -IRA-Distributions | $10,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TV CABLE CO OF ANDALUSIA-COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. | | | | | | | | | |
| 3. SERVISFIRST BANK ACCOUNTS (FORMERLY SERVISTFIRST BANK - SAVINGS ACCOUN | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. BROKERAGE ACCOUNT #1 (H) | C | Dividend | K | T | | | | | |
| 6. -BLACKROCK GLOBAL ALLOCATION FD INC C | | | | | | | | | |
| 7. -UBS Bank USA Dep Acct | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. TRUST #1 | C | Dividend | M | T | | | | | |
| 10. -UBS Bank USA Dep Acct | | | | | | | | | |
| 11. -EXXON MOBIL CORP | | | | | Sold (part) | 02/04/15 | K | D | |
| 12. | | | | | Donated (part) | | | | |
| 13. | | | | | | | | | |
| 14. TRUST #2 | E | Int./Div. | O | T | | | | | |
| 15. -UBS BANK USA DEP ACCOUNT | | | | | | | | | |
| 16. -ALTRIA GROUP INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  -APPLE INC | | | | | Buy (add'l) | 05/20/15 | J | | |
| 18.  -AT&T INC | | | | | | | | | |
| 19.  -BCE INC | | | | | Sold | 08/26/15 | J | A | |
| 20.  -COCA-COLA CO COM DE | | | | | Buy | 12/16/15 | J | | |
| 21.  -GENERAL ELECTRIC | | | | | | | | | |
| 22.  -GLAXOSMITHKILINE PLC ADR | | | | | | | | | |
| 23.  -INTL BUSINESS MACHINES CORP IBM | | | | | | | | | |
| 24.  -KINDERMORGAN INC (FORMERLY KINDERMORGAN ENERGY PARTNERS LP) (X) | | | | | Sold | 08/10/15 | J | A | |
| 25.  -MERCK & CO. INC | | | | | Buy | 02/04/15 | K | | |
| 26.  -NEW MEDIA INVT GROUP INC (SPINOFF OF NEWCASTLE INVESTMENT CORP) | | | | | | | | | |
| 27.  -NEW SENIOR INVT REIT (SPINOFF OF NEWCASTLE INVT CORP REITS) | | | | | | | | | |
| 28.  -NEWCASTLE INVT CORP NEW REIT (FORMERLY NEWCASTLE INVT CORP REITS) | | | | | Sold | 03/23/15 | J | A | |
| 29.  -PFIZER INC | | | | | Buy | 02/04/15 | K | | |
| 30. | | | | | | | | | |
| 31.  -PHILIP MORRIS INTL INC | | | | | | | | | |
| 32.  -PPL CORPORATION | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -TALEN ENERGY CORP | | | | | Spinoff (from line 32) | 06/02/15 | J | | |
| 34. | | | | | Sold | 06/12/15 | J | A | |
| 35. -REYNOLDS AMERICAN INC | | | | | | | | | |
| 36. -ROYAL DUTCH SHELL PLC | | | | | | | | | |
| 37. -VERIZON COMMUNICATIONS INC (SPINOFF OF VODAFONE GROUP PLC NEW SPON) | | | | | | | | | |
| 38. -VODAFONE GROUP PLC SPON ADR (FORMERLY VODAFONE GROUP PLC NEW SPON) | | | | | | | | | |
| 39. -W P CAREY INC REIT | | | | | | | | | |
| 40. -FIRST TRUST DORSEY WRIGHT FO ETF | | | | | Buy | 08/04/15 | K | | |
| 41. -SALIENT MLP & ENERGY | | | | | Sold | 07/31/15 | J | A | |
| 42. -BREITBURN ENERGY PARTNERS LP | | | | | Sold | 01/30/15 | J | A | |
| 43. -ENTERPRISE PRODUCTS PARTNER LP | | | | | Sold | 03/23/15 | K | C | |
| 44. -LINN ENERGY LLC UNITS REPSTG | | | | | Sold | 02/04/15 | J | A | |
| 45. -MEMORIA PRODTN PARNTERS LP | | | | | Sold | 02/04/15 | J | A | |
| 46. -PLAINS ALL AMERN PIPL LP | | | | | Sold | 03/23/15 | J | | |
| 47. | | | | | | | | | |
| 48. -VANGAURD NAT RESOURCES MLP | | | | | Sold | 02/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -OPELIKA ALA PUB PK & REC | | | | | | | | | |
| 50. -LOWNDES CNTY ALA WTS | | | | | | | | | |
| 51. -MOBILE ALA PUB EDL BLDG | | | | | | | | | |
| 52. -HUNTSVILLE ALA CAP IMPT | | | | | | | | | |
| 53. -DAPHNE ALA WTS & IMPT | | | | | | | | | |
| 54. -ALABAMA ST BRD ED REV | | | | | | | | | |
| 55. -ISHARES IBOXX$ HIGH YIELD CORP BOND FUND | | | | | | | | | |
| 56. -SPDR BARCLAYS S/T HI YLD ETF | | | | | | | | | |
| 57. -OPPENHEIMER STEEL PATH MLP ALPHA | | | | | Buy | 12/09/15 | K | | |
| 58. | | | | | Sold | 12/10/15 | J | | |
| 59. IRA ACCOUNT #1 | A | Dividend | J | T | | | | | |
| 60. -UBS BANK USA DEP ACCT (FORMERLY CASH/MONEY ACCOUNTS) | | | | | | | | | |
| 61. -SPDR BARCLAYS S/T HI YLD ETF | | | | | | | | | |
| 62. -VANGUARD INTERMEDIATE TERM BOND ETF | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. IRA ACCOUNT #2 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. -UBS BANK USA DEP ACCT (FORMERLY CASH/MONEY ACCOUNTS) | | | | | | | | | |
| 66. -APPLE INC | | | | | | | | | |
| 67. -ASTRAZENECA PLC SPON ADR | | | | | | | | | |
| 68. -AT&T INC | | | | | | | | | |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. -BCE | | | | | Sold | 08/21/15 | J | A | |
| 72. -BP PLC SPON ADR DE | | | | | Buy | 01/27/15 | J | | |
| 73. | | | | | Sold | 07/31/15 | J | A | |
| 74. -CDN IMPERIAL BK COMM CANADA | | | | | Sold | 08/21/15 | J | A | |
| 75. -CENTURYLINK INC | | | | | | | | | |
| 76. -CME GROUP INC | | | | | | | | | |
| 77. -COCA COLA CO COM DE | | | | | Buy | 12/16/15 | J | | |
| 78. -CORRECTIONS CORP OF AMER NEW | | | | | Sold | 07/31/15 | J | A | |
| 79. -DIGITAL REALTY TRUST INC REIT | | | | | Sold | 07/31/15 | J | A | |
| 80. -EXXON MOBIL CORP DE | | | | | Buy | 09/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 81. | -FIRST TRUST DORSEY WRIGHT FO ETF | | | | | Buy | 08/05/15 | J | | |
| 82. | -HAWAIIAN ELECTRIC INDS INC | | | | | Sold | 06/11/15 | J | A | |
| 83. | -WELLTOWER INC REIT | | | | | | | | | |
| 84. | -HEALTH CARE REIT INC SBI | | | | | Merged (with line 83) | 09/30/15 | J | | |
| 85. | -HOME DEPOT INC DE | | | | | Buy | 09/01/15 | J | | |
| 86. | -HOME PROPERTIES INC | | | | | Sold | 08/21/15 | J | A | |
| 87. | -JOHNSON & JOHNSON COM | | | | | | | | | |
| 88. | -KINDER MORGAN INC (FORMERLY KINDER MORGAN ENERGY PARTNERS LP) | | | | | Sold | 08/10/15 | J | A | |
| 89. | -LORILLARD INC | | | | | Merged (with line 90) | 06/12/15 | J | A | |
| 90. | -REYNOLDS AMERI INC (HOLDING CO) | | | | | | | | | |
| 91. | -NATIONAL GRID PLC NEW SPON ADR | | | | | | | | | |
| 92. | -OCCIDENTAL PETROLEUM CRP DE | | | | | Buy | 09/11/15 | J | | |
| 93. | | | | | | Sold | 12/09/15 | J | A | |
| 94. | -OPPENHEIMER STEEL PATH MLP INCOME FUND Y | | | | | Buy | 05/08/15 | J | | |
| 95. | | | | | | Sold | 12/09/15 | J | A | |
| 96. | -OPPENHEIMER STEELPATH MLP ALPHA FUND Y | | | | | Buy | 11/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 97. | | | | | Sold | 12/09/15 | J | A | |
| 98.  -POWERSHARES DYB INDUSTRIALS | | | | | Buy | 08/05/15 | J | | |
| 99. | | | | | Sold | 10/06/15 | J | A | |
| 100.  -POWERSHARES DWA CONSUMER CYC ETF | | | | | Buy | 08/05/15 | J | | |
| 101.  -POWERSHARES DWA CONSUMER STAPL MOMENTUM | | | | | Buy | 08/05/15 | J | | |
| 102.  -POWERSHARES DWA HEALTHCARE M ETF | | | | | Buy | 08/05/15 | J | | |
| 103. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 104.  -POWERSHARES DYN TECHNOLOGY | | | | | Buy | 10/09/15 | J | | |
| 105.  -PFIZER INC | | | | | | | | | |
| 106.  -PHILLIP MORRIS INTL INC | | | | | | | | | |
| 107.  -PPL CORP | | | | | | | | | |
| 108.  -TALEN ENERGY CORP | | | | | Spinoff (from line 107) | 06/02/15 | J | | |
| 109. | | | | | Sold | 06/08/15 | J | A | |
| 110.  -PROCTOR & GAMBLE CO | | | | | | | | | |
| 111.  -W.P. CAREY INC REIT | | | | | | | | | |
| 112.  -SALIENT MLP & ENERGY | | | | | Sold | 07/31/15 | J | A | |
| 113.  -REGENCY ENERGY PARTNERS LP | | | | | Merged (with line 114) | 05/01/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 114.  -ENERGY TRANSFER PARTNERS, LP | | | | | | | | | |
| 115. | | | | | Sold | 05/12/15 | J | A | |
| 116.  -ISHARES 1-3 YR TREAS BOND ETF | | | | | Sold | 05/07/15 | J | A | |
| 117.  -ISHARES 1-3 YR CREDIT BOND ETF | | | | | Sold | 05/07/15 | J | A | |
| 118.  -ISHARES INTER CREDIT BOND ETF | | | | | Sold | 05/07/15 | J | A | |
| 119.  -BLACKROCK GNMA PORTFOLIO INST CLASS | | | | | Sold | 05/08/15 | J | A | |
| 120. | | | | | | | | | |
| 121.  -LOCORR MANAGED FUTURES STRATEGY FUND CL I | | | | | | | | | |
| 122.  -LORD ABBETT MULTI ASSET INCOME FUND CLASS F | | | | | | | | | |
| 123.  -FIRST TR EXCHANGE-TRADED FD IV NO AMER ENERGY | | | | | Buy | 05/14/15 | J | | |
| 124. | | | | | Sold | 08/10/15 | J | A | |
| 125.  -VERIZON COMMUNICATIONS INC | | | | | Buy | 12/14/15 | J | | |
| 126.  -FT NASDAQ US MA DIVERS INC ETF | | | | | Buy | 05/12/15 | J | | |
| 127.  -FIRST TR EXCHANGE-TRADED FD IC NO AMER ENERGY | | | | | Buy | 05/13/15 | J | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544